IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT L. PALMER AND PHILLIP M. KELLY, AS CHAPTER 7 BANKRUPTCY TRUSTEE IN THE MATTER OF ROBERT L. PALMER AND PHILLIP M. KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | CASE NO. 8:23-cv-00252<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Union Pacific Railroad Company ("Union Pacific"), moves to dismiss the Complaint filed by Plaintiff, Robert Palmer ("Palmer"). Union Pacific is entitled to dismissal because Palmer failed to file his administrative charge with the U.S. Equal Opportunity Commission within 300 days of the alleged discriminatory acts that give rise to his claim.

WHEREFORE, Union Pacific respectfully requests that the Court grant its motion to dismiss the Complaint with prejudice and grant any further relief the Court deems appropriate.

Dated this 3rd day of July 2023

                    UNION PACIFIC RAILROAD COMPANY, Defendant,

By:  /s/ Allison D. Balus
      Scott Parrish Moore (NE# 20752)
      Allison D. Balus (NE# 23270)
of   BAIRD HOLM LLP
      1700 Farnam St. Ste. 1500
      Omaha, NE 68102-2068
      Phone: 402-344-0500
      Email: abalus@bairdholm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        James H. Kaster
        Lucas J. Kaster
        Jacob C. Harksen

                /s/ Allison D. Balus
                Attorney for Defendant