IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT L. PALMER AND PHILLIP M. KELLY, AS CHAPTER 7 BANKRUPTCY TRUSTEE IN THE MATTER OF ROBERT L. PALMER AND TAMARA C. PALMER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | NO. 8:23-CV-0252<br><br>**JUDGMENT** |

In accordance with the October 4, 2023, Memorandum and Order on Defendant's Motion to Dismiss, Filing 12,

IT IS ORDERED that judgment is entered in favor of defendant Union Pacific and against all plaintiffs on all claims in this action.

Dated this 4th day of October, 2023.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

1